IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PAUL J. GRAY,<br>          Defendant. | 4:26CR3004<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2026 JAN 21 PM 12: 33 OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

Beginning on or about July 1, 2025 and continuing until on or about August 4, 2025, in the District of Nebraska, the defendant, PAUL J. GRAY, having multiple prior qualifying convictions as outlined in 18 U.S.C. § 2252(b)(1) to wit: a conviction on May 20, 2008 for Production of Child Pornography in Case 8:07CR435 in the United States District Court for the District of Nebraska and a conviction on September 5, 1996 for 3rd Degree Sexual Assault in case CR96-341 in the County Court for Lincoln County, Nebraska, knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about August 4, 2025, in the District of Nebraska, the defendant, PAUL J. GRAY, having multiple prior qualifying convictions as outlined in 18 U.S.C. § 2252(b)(2) to wit: a

1

conviction on May 20, 2008 for Production of Child Pornography in Case 8:07CR435 in the United States District Court for the District of Nebraska and a conviction on September 5, 1996 for 3rd Degree Sexual Assault in case CR96-341 in the County Court for Lincoln County, Nebraska, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

for _____
TESSIE L. SMITH
Assistant United States Attorney

2